## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Jerald Ramlet, | Civil No. 05-2523 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| E.F.Johnson Company, | |
| Defendant. | |

_____

Based on the Stipulation of the parties, all counterclaims asserted by Defendant E.F. Johnson Company in the above-captioned matter are hereby **DISMISSED WITHOUT PREJUDICE**, and without costs.

Dated:  March 2, 2006.

                                                        s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge